JAMES F. PENMAN, City Attorney (91761)
STEPHEN R. ONSTOT, Deputy City Attorney III (139319)
300 North "D" Street
San Bernardino, California 92418
Telephone: (909) 384-5355
Facsimile: (909) 384-5238
Attorney@sbcity.org

Attorneys for Defendants, CITY OF SAN BERNARDINO, OFFICER TRAVIS WALKER, OFFICER JESUS VEGA, OFFICER KIMBERLY HERNANDEZ, OFFICER DEVON REID, AND SERGEANT ROBERT YOUNG

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARNOLD HERRERA,

    Plaintiff,

vs.

CITY OF SAN BERNARDINO et al

    Defendants.

CASE NO.: EDCV 11-00204VAP(OPx)

**ORDER DISMISSING ACTION WITH PREJUDICE**

**[FRCP 41(a)]**

Upon consideration of the parties' Joint Stipulation Dismissing Action With Prejudice, and good cause appearing,

    **IT IS HEREBY ORDERED THAT:**

    1.    This action be dismissed with prejudice in its entirety; and,

    2.    Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

    **IT IS SO ORDERED.**

Dated: July 21, 2011

                                 /s/ Virginia A. Phillips
                                United States District Court Judge

O:\ECF Ready\ED11CV00204-VAP (Arnold Herrera) Proposed Order Dismissing Action.wpd

1

[proposed] ORDER re Dismissal per FRCP 41 (a)
O:\ECF Ready\ED11CV00204-VAP (Arnold Herrera) Proposed Order Dismissing Action.wpd